**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY ELSTON,<br><br>          Petitioner,<br><br>  v.<br><br>MATHEW CATES, Director,<br>California Department of<br>Corrections,<br><br>          Respondent. | NO. SA CV 11-1146-R(E)<br><br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: Feb. 22, 2012.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE